**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chad Everette Bear, Jr., | ) | Case No.  1:21-cr-186 |
| | ) | |
| Defendant. | ) | |

On June 27, 2022, the Pretrial Services Office submitted a petition to revoke defendant's pretrial release on the grounds that he was terminated from Blessed Builders Sober Living and was arrested for domestic violence assault.  (Doc. No. 128).  The court signed the petition and directed that a warrant for defendant's arrest be issued.  (Doc. No. 129).  The court has since been advised by the Pretrial Services Office that Blessed Builders Sober Living is allowing defendant to return to its facility and that defendant is not being charged by local authorities.  Accordingly, the court, in consultation with the Pretrial Services Office and on its own motion, **DISMISSES** the petition and **QUASHES** defendant's arrest warrant.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court